HERBERT I. BAKER, Respondent, *v.* ALLEN & ARNINK AUTO RENTING COMPANY et al., Appellants.

(Submitted April 18, 1921; decided April 26, 1921.)

·Motion to amend remittitur denied, with ten dollars costs. (See 231 N. Y. 8.)

---

GEORGE G. McCASKEY, Respondent, *v.* CUMBERLAND GLASS MANUFACTURING COMPANY, Appellant.

, *Appeal — motion to dismiss on ground that appeal was frivolous.*

Reported below, 193 App. Div. 856.

(Argued April 18, 1921; decided April 26, 1921.

MOTION to dismiss an appeal from a judgment of the Appellate. Division of the Supreme Court in the first judicial department, entered November 18, 1920, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that no questions of law were involved and that the appeal was frivolous.

*Ira Skutch* for motion.

*Lester T. Hubbard* opposed.

Motion denied, with ten dollars costs.